Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503) 543-2900
Fax: (503) 543-3676

Luke Moen-Johnson
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KEVIN K.,[1] | Case No. 6:21-cv-01699-JR |
|     Plaintiff, | |
| v. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ORDER |
|     Defendant. | |

    Based on the stipulated motion of the parties, it is ORDERED that attorney fees in the amount of $9,983.89 are awarded to Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(a)-(d). The parties agree that Plaintiff has assigned the EAJA attorney fees to Plaintiff's

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the nongovernmental party in this case.

ORDER - 1

attorney. The attorney fees shall be paid to Plaintiff's attorney, Drew L. Johnson, P.C., subject to verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Drew L. Johnson, P.C. If Plaintiff has such a debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff. The check, regardless of the named payee, shall be mailed to Plaintiff's attorney, Drew L. Johnson, P.C. at 1700 Valley River Drive, Eugene, OR 97401.

DATED this 11th day of January, 2023.

/s/ Jolie A. Russo
Jolie A. Russo
United States Magistrate Judge

SUBMITTED BY:

Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503) 543-2900
Fax: (503) 543-3676
Of Attorneys for Plaintiff

ORDER - 2