Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**KEVIN K.,**

                 Plaintiff,

        vs.

Commissioner of Social Security
Administration,

                Defendant.

_____

Civil No. 6:21-cv-01699-JR

**ORDER APPROVING
ATTORNEY FEES PURSUANT TO
42 U.S.C. §406(b)**

       After considering Plaintiff's Motion, and counsel for Defendant having no objection,

Plaintiff's Motion is hereby granted in the sum of $27,412.50, less Equal Access to Justice

("EAJA") fees already received by Plaintiff's attorneys in the amount of $9,983.89, for a net

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -        1

§406(b) cost to Plaintiff herein of $17,428.61, as settlement of attorney fees pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Luke Moen-Johnson, less an administrative assessment pursuant to 42 U.S.C. §406(d) consistent with this order.

After paying Luke Moen-Johnson the net §406(b) award, the Commissioner shall release to Plaintiff any unused balance of past-due benefits that the Commissioner withheld for attorney fees.  There are no other costs.

IT IS SO ORDERED this 6th day of March, 2024.


 /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge


PRESENTED BY:

By:    /s/ LUKE MOEN-JOHNSON
        Luke Moen-Johnson, OSB #185632
        Of Attorneys for Plaintiff


ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -        2